FILED'10 AUG 3 10:49 USDC-ORM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

QUENTIN TITUS NICHOLIS,

      Petitioner,

Civ. No. 09-567-CL

v.

RICK COURSEY,

**ORDER**

      Respondent.

**PANNER, District Judge:**

    Magistrate Judge Mark D. Clarke filed a Report and Recommendation, and the matter is now before this court. See 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). Although no objections have been filed, this court reviews the legal principles *de novo*. See Lorin Corp. v Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1983).

    I have given this matter *de novo* review. I find no error. All but one of petitioner's claims were procedurally defaulted or did not raise issues of federal law. The remaining claim, that

1 - ORDER

the jury should have been told of the potential sentence, does not show a violation of federal law. Accordingly, I ADOPT the Report and Recommendation of Magistrate Judge Clarke.

### CONCLUSION

Magistrate Judge Clarke's Report and Recommendation (#24) is adopted. The Petition for Writ of Habeas Corpus (#2) is dismissed. Because petitioner has not made a substantial showing of the denial of a constitutional right, a certificate of appealability is denied. See 28 U.S.C. § 2253(2).

IT IS SO ORDERED.

DATED this 3 day of August, 2010.

OWEN M. PANNER
U.S. DISTRICT JUDGE

2 - ORDER